**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Teofilo Rodriguez VALENCIA,**
**Defendant–Appellant.**

**No. 09–20845**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Teofilo Rodriguez Valencia presents arguments that he concedes are foreclosed by *United States v. Ayala,* 542 F.3d 494, 495 (5th Cir.2008), *cert. denied,* —— U.S. ——, 129 S.Ct. 1388, 173 L.Ed.2d 639 (2009), which held that a violation of TEXAS PENAL CODE § 21.11(a) constitutes the offense of sexual abuse of a minor, justifying a U.S.S.G. § 2L1.2(b)(1)(A)(ii) offense level enhancement. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.